EXECUTION COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

WELLS FARGO & CO.,

           Plaintiff,

    v.                                                                              08-CV-8716 (SAS)

CITIGROUP INC.,

           Defendant.

-------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED that the above-captioned action be and the same is hereby discontinued with prejudice and without costs to either party as against the other.

Dated:  New York, New York
          November 18, 2010

FRIEDMAN KAPLAN SEILER &          GREGORY P. JOSEPH LAW OFFICES LLC
  ADELMAN LLP

By: _____          By: _____
    Eric Seiler, Esq.                                  Gregory P. Joseph, Esq.
    1633 Broadway                                   485 Lexington Avenue, 30th Floor
    New York, New York 10019           New York, New York 10017
    (212) 833-1100                                     (212) 407-1210

    *Attorneys for Plaintiff*                       *Attorneys for Defendant*

SO ORDERED:

_____
United States District Judge

935309.1                                                             9